UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARK SAM,

                Plaintiff,

-against-

COHEN & SLAMOWITZ, LLC, MITCHELL SELIP, MITCHELL G. SLAMOWITZ, and DAVID A. COHEN,

                Defendants.

Index No. 1:14-CV-00611-JTC

**NOTICE OF CROSS MOTION FOR JUDGMENT ON THE PLEADINGS**

**PLEASE TAKE NOTICE** that, upon Defendants' COHEN & SLAMOWITZ, LLC, MITCHELL SELIP, MITCHELL G. SLAMOWITZ, and DAVID A. COHEN (collectively "Defendants") Memorandum of Law in Support of Defendants' Motion For Judgment On the Pleadings, pursuant to Federal Rules of Civil Procedure 12(c), and in Opposition to Plaintiff's Motion for Class Certification dated October 17, 2014, the Affirmation of Joseph L. Francoeur dated October 17, 2014, and exhibits annexed thereto, and all other papers and proceedings in this action, Defendants move this Court at a time to be determined by the Court, at the United States District Courthouse for the Western District of New York, 2 Niagara Square, Buffalo, New York 14202, before the Honorable John T. Curtin, for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure, granting judgment on the pleadings in Defendants' favor, dismissing all claims against Defendants, with such other and further relief as this Court may deem just and proper. Defendants intend to file and serve reply papers.

6388417v.1

Dated: New York, New York
October 17, 2014

                                Respectfully Submitted,

            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

            By: _____
                Joseph L. Francoeur
                150 E. 42nd Street
                New York, NY 10017
                Tel: (212) 915-5638
                File No.: 11471.00011
                thomas.leghorn@wilsonelser.com
                *Attorney for Defendants*

To:    Mitchell L. Pashkin, Esq.
       *Attorney For Plaintiff*
       775 Park Avenue, Suite 255
       Huntington, NY 11743
       Tel.: (631) 692-7709
       mpash@verizon.net

       Frank J. Borgese, Esq.
       Graham & Borgese, LLP
       *Attorney For Plaintiff*
       482 Delaware Ave.
       Buffalo, New York 14202
       Tel.: (716) 200.1520, Ext. 200
       frank@gbdebthelp.com

6388417v.1